**UNITED STATES of America, Appellant, v. Lillian Phelps GROSECLOSE, Administratrix, and Sophia Phelps, Beneficiary, Appellees.**

No. 7775.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Fixel & Fixel, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

The motion to dismiss the appeal filed October 8, 1937, is denied. The motion of appellant for permission now to file the record is granted; and the cause having been heard upon the record, briefs and

argument of counsel, and the court being of opinion that there was substantial evidence to sustain the verdict of the jury, it is therefore ordered and adjudged that the judgment of the District Court be and the same is affirmed.